DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5081
jeff.nedrow@usdoj.gov
sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER MARTINEZ GONZALEZ,

Defendant.

Case No.: CR 18-00138-BLF

STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER

The United States, through its counsel Jeff Nedrow and Sarah Griswold, and defendant Christopher Martinez Gonzalez, through his counsel Ruben Munoz, hereby agree and stipulate to a continuance of the sentencing hearing in this case from Tuesday, October 22, 2019 at 9:00 a.m. to Tuesday, November 12, 2019 at 9:00 a.m. before this Court. This continuance is requested for the following reasons:

1) The parties are jointly requesting additional time to assess the information contained in the Presentence Report and to exchange information which may be relevant to the sentencing hearing. The parties agree that additional time will assist the parties in working through the sentencing process, and will aid the parties in identifying and focusing issues to be presented to the Court at the sentencing hearing.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from October 22, 2019 at 9:00 a.m. to November 12, 2019 at 9:00 a.m.

It is so stipulated.

Respectfully submitted,

Dated:

DAVID L. ANDERSON
United States Attorney

_________/s/___________

JEFFREY D. NEDROW
SARAH E. GRISWOLD
Assistant United States Attorneys

________/s/______________

RUBEN MUNOZ
Attorney for Christopher Martinez Gonzalez

ORDER

Based on the stipulation of the parties and the facts set forth herein, and good cause appearing,

IT IS HEREBY ORDERED that a continuance of the sentencing hearing in this case is granted from October 22, 2019 to November 12, 2019 at 9:00 a.m. before this Court.

Dated this _17th_ day of _October_ 2019.

HON. BETH LABSON FREEMAN
United States District Judge