UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER MARTINEZ GONZALEZ,<br><br>    Defendant. | Case No.  18-cr-00138-BLF-1   (VKD)<br><br>**ORDER OF DETENTION PENDING REVOCATION HEARING** |

In accordance with the Bail Reform Act, 18 U.S.C. §§ 3142, 3143(a), and Federal Rule of Criminal Procedure 32.1, the United States moved for detention of defendant Christopher Martinez Gonzalez, pending a hearing before the district judge regarding revocation of his supervised release.  At the detention hearing on March 4, 2026, defendant consented to detention.

Accordingly, the Court orders Mr. Gonzalez detained pending a revocation hearing before the presiding judge.

Mr. Gonzalez is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Mr. Gonzalez shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Mr. Gonzalez to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

//

**IT IS SO ORDERED.**

Dated: March 4, 2026

Virginia K. DeMarchi
United States Magistrate Judge